IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Bennett, Jeanette

Printed: 03/24/09

Case Number: 08 B 04298
Judge: Squires, John H
Filed: 2/26/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: February 11, 2009
Confirmed: June 25, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,220.38 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,140.96 |
| Trustee Fee: |  | 79.42 |
| Other Funds: |  | 0.00 |
| Totals: | 1,220.38 | 1,220.38 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,479.00 | 1,140.96 |
| 2. | Illinois Education Association CU | Secured | 0.00 | 0.00 |
| 3. | JP Morgan Chase Bank | Secured | 0.00 | 0.00 |
| 4. | Silverleaf Resorts Inc | Secured | 0.00 | 0.00 |
| 5. | JP Morgan Chase Bank | Secured | 1,544.76 | 0.00 |
| 6. | Illinois Education Association CU | Unsecured | 0.00 | 0.00 |
| 7. | American Express | Unsecured | 2,386.88 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 7,904.27 | 0.00 |
| 9. | Macy's | Unsecured | 2,882.83 | 0.00 |
| 10. | Resurgent Capital Services | Unsecured | 273.73 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 673.85 | 0.00 |
| 12. | Countrywide Home Loans Inc. | Secured |  | No Claim Filed |
| 13. | Fox River Contract | Secured |  | No Claim Filed |
| 14. | CB Accounts | Unsecured |  | No Claim Filed |
|  |  |  | $ 19,145.32 | $ 1,140.96 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 73.63 |
| 6.6% | 5.79 |
|  | $ 79.42 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Bennett, Jeanette | Case Number: 08 B 04298 |
| | Judge: Squires, John H |
| Printed: 03/24/09 | Filed: 2/26/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

        Marilyn O. Marshall, Trustee, by: